UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILADELFO RODRIGUEZ-SANCHEZ<br><br>Petitioner,<br><br>v.<br><br>PATRICK DIVVER, San Diego Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; KRISTI NOEM, Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY (DHS); PAMELA BONDI, Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR); DAREN K. MARGOLIS Director EOIR; in their official capacities<br><br>Respondents. | Case No.: 25-cv-2868-JES-AGH<br><br>**ORDER:**<br><br>**(1) REQUIRING A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(2) SETTING A BRIEFING SCHEDULE AND MOTION HEARING; and**<br><br>**(3) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**<br><br>**[ECF NO. 1, 2]** |

//
//
//

Before the Court is Petitioner Filadelfo Rodriguez-Sanchez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2). Petitioner filed the Petition and Motion and paid the required filing fee on October 23, 2025. ECF Nos. 1, 2.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from the United States or this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (finding that federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

The Court sets forth the following:

1. Respondents are hereby **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a written Response no later than <u>5:00 p.m. on Wednesday, October 29, 2025</u>.

2. Petitioner **SHALL SERVE** on Respondents copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than <u>5:00 p.m. on Friday, October 24, 2025</u>.

3. Petitioner **MAY FILE** an optional Traverse in support of the Petition no later than <u>5:00 p.m. on October 30, 2025</u>.

2

4. Finally, the Court **SETS** an Order to Show Cause Hearing for <u>Friday, October 31, 2025, at 1:00 p.m.</u> in Courtroom 4B.

**IT IS SO ORDERED.**

Dated: October 24, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge